# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00686-CR

**Eric Carter, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. D-1-DC-06-203219, HONORABLE FRED A. MOORE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Eric Carter's counsel timely filed a notice of appeal following Carter's conviction for possession of cocaine. The trial court certified that this is a plea-bargain case, and Carter has no right of appeal. The notice of appeal states, however, that Carter intends to appeal the overruling of his pretrial motion to suppress. *See* Tex. R. App. P. 25.2(a)(2)(A).

The appeal is abated. If this was a plea-bargain case (as the judgment reflects), but matters (such as a motion to suppress evidence) were raised by written motion filed and ruled on before trial and not withdrawn or waived, Carter has the right of appeal, and the court shall prepare and file an amended certification so stating. If the trial court remains satisfied that Carter has no

right of appeal, it shall confirm its original certification in writing. A copy of the amended certification or written confirmation shall be forwarded to the Clerk of this Court no later than December 19, 2006.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Filed:   December 5, 2006

Do Not Publish